LAW OFFICES OF BILL LATOUR
BILL LATOUR [CSBN: 169758]
    1420 E. Cooley Dr., Suite 100
    Colton, California 92324
    Telephone: (909) 796-4560
    Facsimile:  (909) 796-3402
    E-Mail: fed.latour@yahoo.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| KRISTEN DEZWART, | No.  SACV 12-01321 JC |
| Plaintiff, | ORDER AWARDING EAJA FEES |
| v. | |
| MICHAEL J. ASTRUE, Commissioner Of Social Security, | |
| Defendant. | |

    Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

    IT IS ORDERED that EAJA fees are awarded in the amount of TWO THOUSAND TWO HUNDRED TWENTY SEVEN DOLLARS AND 00/100 ($2,227.00) subject to the terms of the stipulation.

    DATE:    January 16, 2013

                                    /s/
                                _____
                                HON. JAQUELINE CHOOLJIAN
                                UNITED STATES MAGISTRATE JUDGE